U.S.A. vs __Raul Tarabay__ No. __08mj0652__

The Court finds excludable delay, under the section indicated by check (✓),
commenced on __3-7-08__ and ended on __3-10-08__ ; ( XM )
_____ and ended on _____ . (  )

<u>3161(h)</u>

___ (1)(A)   Exam or hrg for **mental or physical incapacity**                                A

___ (1)(B)   **NARA exam**ination (28:2902)                                                   B

___ (1)(D)   State or Federal trials or **other charges pending**                             C

___ (1)(E)   **Interlocutory appeals**                                                        D

___ (1)(F)   **Pretrial motions** (from flg to hrg or other prompt dispo)                     E

___ (1)(G)   **Transfers from other district** (per FRCrP 20, 21 & 40)                        F

___ (1)(J)   **Proceedings under advisement** not to exceed thirty days                       G

___          Misc proc: Parole or prob rev, deportation, **extradition**                      H

___ (1)(H)   **Transportation** from another district or to/from examination                  6
             or hospitalization in ten days or less

___ (1)(I)   Consideration by Court of **proposed plea agreement**                            7

___ (2)      **Prosecution deferred** by mutual agreement                                     I

✗ (3)(A)(B)  **Unavailability of defendant** or **essential witness**                        (M)

___ (4)      Period of **mental or physical incompetence** of defendant to                    N
             stand trial

___ (5)      Period of **NARA commitment or treatment**                                       O

___ (6)      **Superseding indictment and/or new charges**                                    P

___ (7)      **Defendant awaiting trial of co-defendant** when no severance                   R
             has been granted

___ (8)(A)(B) **Continuances** granted per (h)(8)-use "T" alone if more than                  T
             one of the reasons below are given in support of continuance

___ (8)(B)(I) 1) Failure to grant a **continuance** in the proceeding                         T1
                 would result in a **miscarriage of justice** and
                 the ends of justice outweigh the best interest
                 of the public and the defendant in a speedy trial.
                 (Continuance - miscarriage of justice)
              2) Failure to grant a **continuance** of the trial would result in
                 a miscarriage of justice as the defendant has tendered a
                 guilty plea to a magistrate judge and is awaiting a
                 determination as to whether the plea will be accepted.
                 (Continuance - tendered a guilty plea)

___ (8)(B)(ii)  2) **Case** unusual or **complex**                                            T2

___ (8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days    T3

___ (8)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel,          T4
                   or give reasonable time to prepare
                   (Continuance re counsel)

___ 3161(I)  Time up to **withdrawal of guilty plea**                                         U

___ 3161(b)  **Grand jury indictment time extended** thirty (30) more days                    W

Date __3-7-08__                                              __CAB__
                                                          Judge's Initials